UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RUSLANS BONDARS,<br><br>Defendant. | Criminal No. 1:16-cr-228<br><br>Hon. Liam O'Grady<br><br>Trial Date: May 7, 2018 |

**GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS**

The United States respectfully requests that the Court ask the jury the following *voir dire* questions:

1. Do you know any of the parties, attorneys, or witnesses in this case?

    a. The defendant, Ruslans Bondars?

    b. Alleged co-conspirators Jurijs Martisevs, Dmitry Belorossov, Zachary Shames, or Mark Vartanyan?

    c. The defense attorneys, Jessica Carmichael or Yancey Ellis?

    d. The prosecutors, Kellen Dwyer, Laura Fong, or Catherine Alden Pelker, or the government's paralegal, Loraine McNeill?

    e. Special Agents Gerald Kim, Andrew Kochy, Allan Vitkosky, or Christopher Rizzo of the FBI, or FBI personnel Louis James ("Jim") Cowardin, Erik Uitto, Mansur Alyadinov, or David Ricks?

    f. Witnesses Mark Ray, Daniel Ryan, Robert McArdle, Vikram Thakur, Andrew Lee, David Smiley, or Michael Caple?

2. Have you or any member of your family had any problems, disputes with, or claims against any department of the United States Government?

3. Have you or any member of your family been the subject of an investigation by any department of the United States Government, or ever been a defendant in any suit brought by the federal government?

4. Have you, or any relatives or close friends, ever had property seized by the United States government, or any state or local government?

5. Have you had any experience with judges, lawyers, or the courts that would affect your ability to hear this case fairly and impartially?

6. Have you served as a member of a grand jury or as a juror in a trial? If so, please answer the following questions:

   a. Did you serve on a grand jury, or a jury in a criminal trial or civil trial?

   b. Did you serve in federal or state court?

   c. When did you serve?

   d. Without stating the verdict, would you please state whether or not the jury returned a verdict?

7. Have you or any member of your family ever participated in a criminal case as a complainant, defendant, witness, or in some other capacity? If so, please answer the following questions:

   a. Was the proceeding held in federal or state court?

   b. Without going into detail, can you describe the nature of the case and your involvement?

8. Have you or any family member or close friend had any experience with a local, state or federal agency that may influence your ability to evaluate the facts of this case impartially if you are selected to be a juror in this case?

9. Do you have any strong opinions about law enforcement, positive or negative, that would prevent you from rendering a fair verdict in a case involving the testimony of law enforcement officers?

10. Do you have any health issues that might interfere with your ability to hear the testimony of the witnesses in this case?

11. Do you feel that you are so unfamiliar with computers that you could not fairly evaluate evidence in a case involving computers?

12. Are there any other matters that bear on your qualification as a juror or may prevent you from rendering a fair and impartial verdict based solely on the evidence presented at trial

and the law according to the Court's instructions?

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By: ______/s/________________________________
Kellen S. Dwyer
Laura Fong
Assistant United States Attorneys

Catherine Alden Pelker
Special Assistant United States Attorney

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700; Fax: (703) 299-3980

**Certificate of Service**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) to counsel of record for the defendant.

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By: /s/

Kellen S. Dwyer
Laura Fong
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: kellen.dwyer@usdoj.gov
Email: laura.fong@usdoj.gov