UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RUSLANS BONDARS,<br>Defendant. | Criminal No. 1:16-cr-228<br>Hon. Liam O'Grady<br>Trial Date: May 7, 2018 |

**GOVERNMENT'S TRIAL EXHIBIT LIST**

The United States of America, by and through its attorneys, Tracy Doherty-McCormick, Acting United States Attorney for the Eastern District of Virginia, and Kellen S. Dwyer and Laura Fong, Assistant United States Attorneys, and C. Alden Pelker, Special Assistant United States Attorney, hereby submits its list of exhibits.

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 1. | Bondars' written statement provided by counsel in Latvia | US-285802-285807<br>US-285876-285882 | | |
| 2. | Defendant's interview transcript of interview in Latvia (Latvian version) | US-46592-46598 | | |
| 3. | Translation of Bondars interview in Latvia | Produced via email | | |
| 4. | Email from garyax@inbox.lv indicating that the administrators of Scan4you used the Jabber names "Garrik" and "qukufawu" and email discusses API | US-30984 | | |
| 5. | English translation of above | US-296156-58 | | |
| 6. | Russian jabber chat from Feb. 17, 2015 | US-296109-11 | | |
| 7. | English translation of above | US-296149-50 | | |
| 8. | Skype registration information for beaverma account, registered to "Jurijs Martisevs" | US-41254 | | |
| 9. | Emails from beaverma@unknown.person to ru12mob@gmail.com referencing Skype and | US-138963, 139006, 139080, | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| | the SERVICE that are signed by "Jurik" and "Garrik." | 139124, 139137, 139165, 139172, 139187 | | |
| 10. | Instant messages from Jur4ik to ru12.mob@gmail.com | US-139281, 139353, 140553, 140567, 140577, 140719, 140873, 140873, 140907-08 | | |
| 11. | Russian language Jabber chat from July 25, 2013 regarding recruitment by the FSB | US-00295154-US-00295158 | | |
| 12. | English translation of the above document | US-282013-19 | | |
| 13. | Russian language Jabber chat from August 20, 2013 through December 12, 2014 | US-00295159-US-00295184 | | |
| 14. | English translation of above document | US-282020-282048 | | |
| 15. | Russian language Jabber chat from June 25, 2014 through December 12, 2014 | US-00295138-US-00295139 | | |
| 16. | English translation of the above | US-282049-282052 | | |
| 17. | **Omitted** | | | |
| 18. | **Omitted** | | | |
| 19. | Russian language Jabber chat from Dec. 7, 2015 | US-00295143-US-00295144 | | |
| 20. | English translation of the above | US-292634-292637 | | |
| 21. | Security Week News article exchanged between Bondars and Martisevs in the above chat | https://www.securityweek.com/alleged-malware-service-operators-arrested-uk | | |
| 22. | Digital Shadows News article exchanged between Bondars and Martisevs in the above chat | https://www.digitalshadows.com/blog-and-research/criminal-services-counter-antivirus-services/ | | |
| 23. | Russian language Jabber chat from August 8, 2013 | US-00295132 | | |
| 24. | English translation of the above | US-292639-292641 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 25. | Russian language Jabber chat from July 7, 2015 | US-295140 | | |
| 26. | English translation of the above | US-295187-295188 | | |
| 27. | Russian language Jabber chat from July 18, 2015 | US-295141 | | |
| 28. | English translation of the above | US-295189-295191 | | |
| 29. | Russian language Jabber chat from April 14, 2017 | US-295151-295152 | | |
| 30. | English translation of the above | US-295192-295194 | | |
| 31. | **Omitted** | | | |
| 32. | Skype chats English and Russian | US-00294288-90 (placeholders for native files that are spreadsheets) | | |
| 33. | Krebs article referenced in Skype chats, line 821 | n/a | | |
| 34. | Scan4you.biz registration listing "Ruslan Bondar" as administrative contact and technical contact; contact address in Riga, Latvia; domain registration date: Sept. 22, 2009; technical contact email: Borland@inbox.lv; and registrant name as "Vasilij Kovalchuk" | US-00048672 – US-00048673 | | |
| 35. | Scan4you.biz registration listing "Vasilij Kovalchuk" as the administrative contact & billing contact; but listing borland@inbox.lv as registrant email and technical contact email. | US-00048662– US-00048663 | | |
| 36. | WHOIS records indicating scan4you.biz listed different emails as means of contact from 2010 through 2014, including Borland@inbox.lv | US-00048860 - 61 | | |
| 37. | Paxum Payment confirmation sent to garyaxe@inbox.lv indicating "Jurijs Martisevs" paid $1,850 to "b0rland7@gmail.com | US-00016639 | | |
| 38. | Paxum payment sent to borland7@gmail.com addressing $1850 payment to "Ruslans Bondars" from "garyaxe@inbox.lv" | US-286300 | | |
| 39. | Email from ru12.mob@gmail.com to bereverovsjuijs796@gmail.com containing | US-00120645– 00120646 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| | admin notifications re problems with TOR network | | | |
| 40. | Email containing SMS from beaverma@unknown.person to ru12.mob@gmail.com discussing "scan4you" | US-00139172 | | |
| 41. | English translation of above exhibit | US-00295185-86<br>US-00295215 | | |
| 42. | Email containing SMS from beaverma@unknown.person to ru12.mob@gmail.com discussing scan4you (in Russian) | US-00139184 | | |
| 43. | English translation of above exhibit | US-00295185-86<br><br>US-00295216 | | |
| 44. | Scan4you webpage shots from Wayback | US-294320-294365 | | |
| 45. | Scan4you.net homepage with description of service | US-00048505-506 | | |
| 46. | Scan4you.net screenshot | US-294845 | | |
| 47. | Scan4you.net "Advertisement" section with banner ads | US-00048509 | | |
| 48. | Scan4you.net "Advertisement" section with rates | US-000 48508 | | |
| 49. | Scan4you.net "About" section | US-00048505 | | |
| 50. | Scan4you.net homepage listing antivirus services | US-00048510–11 | | |
| 51. | **Omitted** | | | |
| 52. | **Omitted** | | | |
| 53. | Scan4you.net webpage listing antivirus services | US-00048512 | | |
| 54. | Scan4you.net homepage with description of service and news | US-00048516–19 | | |
| 55. | Scan4you.net – webpage listing rates and ads | US-00048520 | | |
| 56. | Scan4you.net – webpage listing price list and ads | US-00048524–25 | | |
| 57. | **Omitted** | | | |
| 58. | **Omitted** | | | |
| 59. | **Omitted** | | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 60. | CV of "Ruslan Bondar" listing "Lattelekom studies" under "Recent Grants and Awards" and "IQ-Labs.com as his work experience from 2005 through present | US-00045781–45785<br><br>See also US-22262 | | |
| 61. | Ruslan Bondar site listing "telenet" under projects | US-00045791 | | |
| 62. | **Omitted** | | | |
| 63. | ExeCrypt homepage | US-00040503 | | |
| 64. | Facebook Notification sent to ru12.mob.@gmail.com addressed to "Ruslan Bondar" dated 6/25/2013 | US-00140781 | | |
| 65. | Registration for Ruslan Bondar Facebook Account showing ru12.mob@gmail.com as the email address | US-28365 | | |
| 66. | Facebook notification sent to ru12.mob@gmail.com to "Ruslan Bondar" dated Mar. 21, 2013 | US-00140416 | | |
| 67. | Facebook notification sent to ru12.mob@gmail.com to "Ruslan Bondar" dated Apr. 3, 2013 | US-00140470 | | |
| 68. | Screenshots of Google searches from ru12.mob@gmail.com | US-295734-295743 | | |
| 69. | For: b0rland7@gmail.com<br><br>Email to boris@telenet with photo of Ruslans Bondars' passport, including DOB. | US-286306-07 | | |
| 70. | Google Subscriber Info for ru12mob@gmail.com. | US-00039883 | | |
| 71. | Google Subscriber Info for b0rland7@gmail.com. | US-00040549 | | |
| 72. | Google Subscriber Info for bereverovsjurijs796@gmail.com | US-00040444 | | |
| 73. | Google Subscriber Info for infoscan4you@gmail.com. | US-00039847 | | |
| 74. | Google Subscriber Info for garyaxe@inbox.lv. Shows that "Jurijs Bereverovs" registered for account. | US-00040472 | | |
| 75. | Hotels confirmation to Ruslan Bondars at rus@leaping.net | US-286289-93 | | |
| 76. | Travel confirmation for Ruslan Bondars to ru12.mob@gmail.com | US-286294-96 | | |
| 77. | Booking.com confirmation showing Bondars' name and Rus@leaping.net | US-286297-99 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 78. | Same as above but appears to be from the leaping email, not from booking.com | US-286313-15 | | |
| 79. | Email from Borland7@gmail.com to Rus@leaping.net signed Ruslan Bondars | US-286311 | | |
| 80. | Scan4you domain registration confirmation sent from EraNet to garyaxe@inbox.lv, addressed to "Jurijs" | US-00037434-37435 | | |
| 81. | Email from: eranet to "Jurijs" at garyaxe@inbox.lv with subject: "Renewal Reminder: Domain Registration scan4you.org" | US-00025788–89 | | |
| 82. | Email from Gmail Team to "Jurijs Bereverovs" at garyaxe@inbox.lv confirming creation of gmail address, infoscan4you@gmail.com | US-00022240; US-00143672 (duplicate) | | |
| 83. | Google subscriber information indicating infoscan4you@gmail.com is registered to "Jurijs Bereverovs" and that the secondary email is garyaxe@inbox.lv | US-00039847 | | |
| 84. | Email from: ebaylatvija@inbox.lv to: admin@plaxmastudio.lv with subject line: "Re: ibm.telenet.lv [193.111.244.211] malware hostings" and body of email states: "provided url contains domains which hosts malware" and "Listing shows that malware domains on a regular basis are hosted on your host and there are no (public!) legitimate domains hosted on your IP" and "As you know Latvian legislation enforce penalty for malware distribution" | US-00013780–85 | | |
| 85. | Translation of above | US-00295185-86 US-00295195-295201 | | |
| 86. | Email from garyaxe@inbox.lv to support@buycrypter.com communicating about account issues | US-00030915 | | |
| 87. | Email from admin@xakepok.net to garyaxe@inbox.lv (Russian) | US-00016628; US-000143673 | | |
| 88. | Translation of above document | US-00295185-86 US-00295202-203; US-00295217-18 | | |
| 89. | Email from garyaxe@inbox.lv to rogue@leaks.sx providing help on how to | US-00031169 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| | download the S4Y API to aid a user who is “building a crypter” | | | |
| 90. | Email from garyaxe@inbox.lv to botc0der@safe-mail.net regarding account lockout | US-00031025 | | |
| 91. | S4Y user’s email (through scan4you.net) to garyaxe@inbox.lv providing contact info of m3n3gatt1hack3r@hotmail.com | US-00018548; US-00143671 (duplicate) | | |
| 92. | S4Y user’s email (through scan4you.net) to garyaxe@inbox.lv asking the price “for crypt services” | US-00018121; US-00143670 (duplicate) | | |
| 93. | Email from garyaxe@inbox.lv to: “Sheikh Support” at xsheikhx@hotmail.com w/ subject line “RE: Scan4you.NET” containing chat messages from “Scan4you” including the suggestion “you resell our service ?” and “or put our API in to cryptor ?” | US-00030914 | | |
| 94. | Email from “Thebestfudcrypters” at crypter_privado@hotmail.com to garyaxe@inbox.lv in which they discuss methods of payment, including Liberty, webmoney, and westernunion | US-00021399 | | |
| 95. | Email from “underground hacker” at undergroundhacker2004@gmail.com to garyaxe@inbox.lv in which garyaxe@inbox.lv directs “underground hacker” to “scan4you.org” and | US-00021385 | | |
| 96. | Email from garyaxe@inbox.lv to support@buycrypter.com communicating about account issues | US-00030915 | | |
| 97. | Email string between garyaxe@inbox.lv and anna86@orbital.ru in which they discuss the S4Y API and messages from garyaxe@inbox.lv are signed, “Scan4you” (Russian) | US-00030984 | | |
| 98. | Translation of above document | US-00295185-86 US-00295205-06 | | |
| 99. | Email from D_a_v_e@i.ua to garyaxe@inbox.lv w/ subject line “FuckAV.ru a” and Cyrillic (Russian) | US-00021365; US-00143668 (duplicate) | | |
| 100. | Translation of above document | US-00295185-86 US-00295204-5205 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 101. | Email from santiagohack@hotmail.es to garyaxe@inbox.lv re Scan4you PHP Script Firewall Problem | US-00022253 | | |
| 102. | Email between Rudeboy1991 @ pagos@crypters.org and garyaxe@inbox.lv discussing whether there is an option to use S4Y for periodic checking and to access it through an API, and garyaxe@inbox.lv responds re API option: "I talk to my techguy maybe we make this options!" | US-00024569 | | |
| 103. | Webmoney registration information listed in the name of "Jurijs Martisevs" along with date of birth, e-mail garyaxe@inbox.lv | US-00040429–40443 | | |
| 104. | PayPal summary chart – payment to S4Y from Shames | US-296175 | | |
| 105. | Google subscriber information indicating garyaxe@inbox.lv is registered to "Jurijs Bereverovs" and listing several IP addresses, including 87.99.91.194 | US-00040472<br><br>Also US-45290 | | |
| 106. | For: ebaylatvija@inbox.lv<br><br>Paypal Account Confirm. to ebaylatvija@inbox.lv addressed to: "Jurijs Martisevs" | US-00000545 | | |
| 107. | Paxum payment confirmation sent to garyaxe@inbox.lv addressed to "Jurijs Martisevs" indicating he sent money to b0rland7@gmail.com | US-00023231; US-00016147 | | |
| 108. | Brussels Airlines flight confirmation sent to garaxe@inbox.lv for "Mr. Yury Martyshev"; "Ms. Mariia Zavadskaia"; and "Miss Anna Martysheva" | US-00025519–23 | | |
| 109. | Oman Air flight confirmation sent to garaxe@inbox.lv for "Mr Jurijs Martisevs" and "Ms Maria Zavadskaya" | US-00021790–91 | | |
| 110. | Google subscriber info linking garyaxe15@gmail.com to Jurijs Martisevs | US-45227 | | |
| 111. | Email from "FuckAV" (support@fuckav.ru) to garaxe@inbox.lv | US-00033040–41 (2nd page appears to be duplicate) US-285955 (appears to be a dup | | |
| 112. | Translation of above document | US-00295185-86 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| | | US-00295209 | | |
| 113. | Screenshot of FuckAV.ru site displaying Scan4you member profile; showing that member had 26 posts; and joined 20-01-2010 | US-00285926 | | |
| 114. | Screenshot of FuckAV site with banner stating "Welcome to FuckAV-Forum about cryptors" and containing forum thread entitled "Software analysis area" with a tag for "Antivirus Scanner" | US-00285927 | | |
| 115. | Russian language screen capture of Scan4you member profile on FuckAV site | US-00295675 | | |
| 116. | **Omitted** | | | |
| 117. | H4cky0u.org Forums account registration confirmation sent to ebaylatvija@inbox.lv for username: all4you | US-00001670 | | |
| 118. | **Omitted** | | | |
| 119. | Account activation email for Hack Forums sent to garyaxe@inbox.lv addressed to username "scan4you" | US-00143666 | | |
| 120. | Account activation email for Hack Forums sent to garyaxe@inbox.lv sent to "Bob2y" | US-00025039 | | |
| 121. | Hack Forums Screenshots | US-00285913-16 | | |
| 122. | **Omitted** | | | |
| 123. | **Omitted** | | | |
| 124. | **Omitted** | | | |
| 125. | Exploit.IN Forum account registration for "b0rland" sent to ebaylatvija@inbox.lv | US-00001385 | | |
| 126. | 126A<br>Exploit.IN homepage (printout dated 2/25/16) – in Russian<br><br>126B:<br>Exploit.IN homepage (printout dated 2/25/2016)– showing news in English | 126 A:<br>US-00291956<br><br>126B:<br>US-00291961-64 | | |
| 127. | Posts on Exploit.IN Forum by Scan4you.biz | US-00295479;<br>US-00295478 | | |
| 128. | Screenshot of user profile of member with username "Scan4you" on Exploit.in | US-00283075 | | |
| 129. | Screenshot of search of Exploit.in resulting in "scan4you.net – anonymous anti-virus scanning" and "Scan4you.biz-anonymous anti-virus scanning" search results | US-00283076 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 130. | 130A Screenshot of Scan4you ads on Exploit.in forum in Russian<br><br>130B Screenshot of Scan4you ads on Exploit.in Forum in English | 130A:<br>US-00295477<br><br>130B:<br>US-00295482 | | |
| 131. | Screen shots of Antichat pages | US-00291975<br>US-00291976 | | |
| 132. | Screenshot of Scan4you member profile on Antichat | US-00295471-72;<br>US-00295475-76 | | |
| 133. | Screenshot of Scan4you ad on Antichat | US-00285961 | | |
| 134. | Antichat video<br><br><br>134A: Screenshot from Antichat video | US-00291995 | | |
| 135. | Antichat screenshots displaying site, variety of threads | US-00291974-1985 | | |
| 136. | **Omitted** | | | |
| 137. | **Omitted** | | | |
| 138. | **Omitted** | | | |
| 139. | **Omitted** | | | |
| 140. | Email string between garyaxe@inbox.lv and miki_fischer14@hotmail.com in which garyaxe@inbox.lv states that Element Scanner "use[s] our API and change[s] some code" | US-00030899 | | |
| 141. | **Omitted** | | | |
| 142. | **Omitted** | | | |
| 143. | Summary of S4Y profile no. 3 | US-295698 | | |
| 144. | Summary of S4Y profile no. 4/19 | US-295691 | | |
| 145. | **Omitted** | | | |
| 146. | Trend Micro User agreement | US-281786-95 | | |
| 147. | Agreement for Virus Total Services between Trend Micro and Virus Total | US-295861-63 | | |
| 148. | License and Collaboration Agreement between Trend Micro and Virus Total | US-296177-78 | | |
| 149. | Summary Chart of C2 domains registered by Bondars | Emailed to Loraine on 4/27/18 | | |
| 150. | WHOIS results for domains registered with b0rland7 | US-295864-69 | | |
| 151. | **Omitted** | | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 152. | Norton Antivirus User Agreement | US-295686-295690 | | |
| 153. | 153: "Rainerfox video" containing captures of Citadel bots<br><br>153A: Screenshots containing IP addresses s of Citadel bots<br><br>153B: Screenshots containing selected IP addresses of Citadel bots | 153 (video placeholder) US-00295744<br><br>153A:<br>US-295745-295770<br>153B:<br>US-00295749;<br>US-00295750;<br>US-00295746 | | |
| 154. | 154A Citadel Manual Version 1.3.4.5 (in Russian)<br><br>154 B English Translations of Excerpts of 154A | 154A:<br>US-00294846-294872<br><br>154B:<br>US-00295682-85 | | |
| 155. | 155A: Russian language material from Citadel Store<br><br>155B: English translation of 155A | 155A: US-00294905<br><br>155B: US-00294873 --<br>US-00294895 | | |
| 156. | 156: Citadel How-to Video<br><br>156A: Screenshots of Citadel Tool kit in Russian<br><br>156B: Screenshots of Citadel Tool Kit in English | 156:<br>US-00143814<br><br>156A:<br>US-00268419;<br>US-00268447;<br>US-00268451<br><br>156B:<br>US-00294896-99 | | |
| 157. | Screenshot of Citadel bot displaying Capital One login screen | US-00292830 | | |
| 158. | Screenshot of Citadel control panel listing bots | US-00292832 | | |
| 159. | Criminal Information; Plea agreement for Dimitry Belorossov | US-00294997-5029 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 160. | Plea agreement, Criminal Information for Mark Vartanyan | US-00295030-5051 | | |
| 161. | Emails confirming registration of soundpong.com | US-112907-08 | | |
| 162. | Soundpong.com confirmation from Cooler Master | | | |
| 163. | Whois confirmation of soundspong | US-112957-58 | | |
| 164. | Emails confirming registration of sendspaper.com | US-112910-11<br>US-112914 | | |
| 165. | Whois confirmation of sendspaper.com | US-112961-62 | | |
| 166. | Sendspaper.com confirmation from Cooler Master | | | |
| 167. | Emails confirming registration of sendspaper.net | US-112912-13 | | |
| 168. | Whois confirmation of sendspaper.net | US-112959-60 | | |
| 169. | Sendspaper.net confirmation from Cooler Master | | | |
| 170. | **Omitted** | | | |
| 171. | **Omitted** | | | |
| 172. | WHOIS records for 108.56.228.163, 71.127.134.184, and 74.105.77.242 | US-295785-295805 | | |
| 173. | **Omitted** | | | |
| 174. | UTC conversion information | US-295775-295784 | | |
| 175. | Excel Sheet showing five files found on Target server with hash values and file creation dates | US-00294844 | | |
| 176. | Summary Scan4you profile 958 | US-295701 | | |
| 177. | Timeline show five hashes scanned through Scan4you and creation dates on Target's system | US-295704 | | |
| 178. | Summary Target hash result | US-295703 | | |
| 179. | Scans and results for QuarksPwDump | US-295696 | | |
| 180. | Scans and results for Pmap | US-295695 | | |
| 181. | Scans and results for getlsasrvaddr | US-295694 | | |
| 182. | Scans and results for test | US-295697 | | |
| 183. | Scans and results for 2wce | US-295692 | | |
| 184. | Summary chart of info in GX179-183 | | | |
| 185. | Zachary Shames Plea Agreement | *See* 16-cr-289 | | |
| 186. | Zachary Shames Statement of Facts | *See* 16-cr-289 | | |
| 187. | Excel Sheet containing usernames and PWs of 3112 Limitless Users | US-266457 (produced natively) | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 188. | Disc containing 4.4 million logs stolen using Limitless | US-266458 | | |
| 189. | Summary Chart with highlights of information in the 4.4 million logs | | | |
| 190. | Shames Youtube video<br><br>Selected Clips of above video: 190A-G | US-266883 | | |
| 191. | Emails between Shames and "Garyaxe" | US-143856-57<br>US-30812-13<br>US-30816-17<br>US-30822 | | |
| 192. | Summary chart showing PayPal payments from Shames to Scan4you | US-296175 | | |
| 193. | Summary of S4Y profile 13459/Mephobia | US-295699 | | |
| 194. | Logs for Limitless Victim Andrew Lee | | | |
| 195. | 195(a) Logs for Limitless Victim David Smiley<br>195(b) Logs for Limitless Victim Michael Caple | | | |
| 196. | Three (3) HP C7975A 3TB Ultrium LTO 5 magnetic tapes, barcode: NVRA0213, NV0700L5, and NV0691L5, containing the images of 1B15, 1B16, 1B17, and 1B27. **[Bulk]** | | | |
| 197. | One (1) Western Digital hard drive, Model: WD2002FAEX007BA0, SN: WCAY01653904, containing the images of 1B2 and 1B3.<br>**[Bulk]** | | | |
| 198. | Five (5) HP C7975A 3TB Ultrium LTO 5 magnetic tapes, barcode: NV0662L5, NV0663L5, NV0664L5, NV0665L5, and NV0666L5, containing the images of 1B5, 1B7, 1B11, 1B13, 1B14, 1B18, 1B19, 1B20, 1B21, 1B23, 1B24, 1B25, and 1B29, containing evidence designation 1B34/E6005768 and unique ID 34. **[Bulk]** | | | |
| 199. | Summary chart of selected Mephobia scans by file names and number of detections | | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 200. | Paypal emails to Shames re payments to S4Y | US-145641-42<br>US-146477-78<br>US-146612-13<br>US-146805-06<br>US-147442-43<br>US-148120-121<br>US-148636-37<br>US-149356-57<br>US-150030-31<br>US-150784-85<br>US-151350-51 | | |
| 201. | WHOIS records for 134.126.203.42 and 108.51.53.91 | US-296160-63 | | |
| 202. | Limitless Subscriber Info | | | |
| 203. | Summary chart showing Profile 958's malware scans that were detected by Trend and/or Norton | | | |
| 204. | EPassporte statement listing name Ruslans Bondars, a street address, the account number "borland" name; and several payments from an account name "Garrik1982" | US-294306-13 | | |
| 205. | email sent to b0rland7@gmail.com from support@ePassporte.com stating that "Jurijs Martisevs" username:gb_Garrik1982" send payment to the account "b0rland." | US-49089 | | |
| 206. | email from Martisevs to Bondars in which Martisevs using the nickname "Garrik." | US-268643 | | |
| 207. | Talent6 business document with link to rus.leaping.net/Ruslan_Bondar | US-294314-17 | | |
| 208. | Invoice listing email address rus@leaping.net | US-294303-04 | | |
| 209. | Script containing the words "Ruslan Bondars – administrator" | US-294305 | | |
| 210. | **Omitted** | | | |
| 211. | **Omitted** | | | |
| 212. | **Omitted** | | | |
| 213. | **Omitted** | | | |
| 214. | **Omitted** | | | |
| 215. | **Omitted** | | | |
| 216. | **Omitted** | | | |
| 217. | **Omitted** | | | |
| 218. | **Omitted** | | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 219. | Curriculum Vitae for "Ruslan Bondars" listing date of birth and email as rus@leaping.net | US-294302 | | |
| 220. | Photograph of Bondars | US-294301 | | |
| 221. | Letter dated January 8, 2010 from Citibank confirming that email addresses b0rland7@gmail.com and rus@iq-labs.net were added to the Ruslans Bondars Citibank account. | US-294300 | | |
| 222. | Nearly identical email from Citibank to b0rland7@gmail.com sent on January 8, 2010 | US-112573 | | |
| 223. | Computer Tower "Cooler Master"—original **[bulk]** | | | |
| 224. | Photos of Bondars from April 5 report at 10-12 from Cooler Master | | | |
| 225. | **Omitted** | | | |
| 226. | Latvian passport in the name Ruslans Bondars with expiration date March 16, 2014 | US-294297 US-294298 | | |
| 227. | Latvian passport in the name Ruslans Bondars with expiration date March 31, 2009 | US-294296 | | |
| 228. | Verification form for ePassporte online payment service account in the name Ruslans Bondars and email address b0rland7@gmail.com | US-294295 | | |
| 229. | **Omitted** | | | |
| 230. | Emails from ePassporte to b0rland7@gmail.com providing notice about activity on his account and stating the account name a "b0rland." | US-49090, US-49100, US-49101, US-49143, US-122120, US-112473 | | |
| 231. | Statement from Citibank account in the name of Ruslan Bondars with account number ending in 6342 and listing Bondars's home address | US-294294 | | |
| 232. | Emails from Citibank to b0rland@gmail.com that show that Bondars had a Citibank account ending in 6342. | US-112575, 112643, 112683, 112724, 112775, 112801 | | |
| 233. | Emails sent to and from show b0rland7@gmail.com containing Bondars's street address | US-115487, US-114529, US-114597, US-115487 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 234. | Boarding passes for Scandinavian Airlines flights from Riva to Stockholm and Stockholm to Pula on June 19, 2015 in the names of Ruslan Bondars and Karina Valtere | US-294291-92 | | |
| 235. | Boarding Pass for Air Baltic flight from Riga to Vienna on Dec. 22, 2014, in the name Ruslans Bondars | US-294293 | | |
| 236. | Roundtrip train ticket from Riga to Tallinn leaving July 12, 2014 in the name Ruslans Bondars | US-294299 | | |
| 237. | Statement signed by Ruslans Bondars that includes his national ID# and his address. | US-295081 | | |
| 238. | **Omitted** | | | |
| 239. | **Omitted** | | | |
| 240. | **Omitted** | | | |
| 241. | Email from b0rland@gmail.com that attaches a number of personal and financial documents including a Citibank statement | US-112867-78 | | |
| 242. | LUXexpress ticket that was stored on Bondars's Google Drive for his Google account ru12.mob@gmail.com | US-122461 | | |
| 243. | WHOIS confirmation emails from the Cooler Master for domain: bntx.net | | | |
| 244. | WHOIS confirmation emails from the Cooler Master for domain: deep-sec-monitor.net | | | |
| 245. | **Omitted** | | | |
| 246. | **Omitted** | | | |
| 247. | **Omitted** | | | |
| 248. | Text with jabber accounts on 1B11 | | | |
| 249. | **Omitted** | | | |
| 250. | **Omitted** | | | |
| 251. | **Omitted** | | | |
| 252. | Summary Chart of Internet History of Cooler Master | | | |
| 253. | Text from S4Y homepage on Cooler Master | | | |
| 254. | Emails re Banners from Cooler Master | | | |
| 255. | Hackforums website as of 02-20-2012, 06:26am from Cooler Master | | | |
| 256. | error send to icq 367857 Error to sent message from Cooler Master | | | |
| 257. | error send to icq 321660657 Error to sent message from Cooler Master | | | |
| 258. | error send to icq 321660657 Error to sent message from Cooler Master | | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 259. | Email from Gonc.esteves@gmail.com to rus@leaping.net from Cooler Master | | | |
| 260. | **Omitted** | | | |
| 261. | Scan report from Cooler Master | | | |
| 262. | **Omitted** | | | |
| 263. | **Omitted** | | | |
| 264. | **Omitted** | | | |
| 265. | **Omitted** | | | |
| 266. | **Omitted** | | | |
| 267. | **Omitted** | | | |
| 268. | **Omitted** | | | |
| 269. | **Omitted** | | | |
| 270. | **Omitted** | | | |
| 271. | **Omitted** | | | |
| 272. | **Omitted** | | | |
| 273. | **Omitted** | | | |
| 274. | **Omitted** | | | |
| 275. | **Omitted** | | | |
| 276. | **Omitted** | | | |
| 277. | **Omitted** | | | |
| 278. | **Omitted** | | | |
| 279. | **Omitted** | | | |
| 280. | Script showing that error notifications were to be sent to rus@leaping.net | US-294318 | | |
| 281. | **Omitted** | | | |
| 282. | **Omitted** | | | |
| 283. | **Omitted** | | | |
| 284. | **Omitted** | | | |
| 285. | **Omitted** | | | |
| 286. | **Omitted** | | | |
| 287. | **Omitted** | | | |
| 288. | Computer Tower (unknown make and model) labeled “RUSLAN WEB01”- original **[Bulk]** | | | |
| 289. | Documents regarding Telenet | US-142255<br>US-142305<br>US-142560<br>US-142698<br>US-142775<br>US-143254<br>US-143255<br>US-116208<br>US-116177-79<br>US-115915-17 | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 290. | notify.php.txt | | | |
| 291. | run_async_deamon.pl.txt | | | |
| 292. | run_gearman_deamon.pl.txt | | | |
| 293. | **Omitted** | | | |
| 294. | **Omitted** | | | |
| 295. | Martisevs plea agreement and SOF | US-00295433-5457 | | |
| 296. | USB Drive – original<br>**[Bulk]** | | | |
| 297. | Martisevs cooperation agreement | US-00295458-5462 | | |
| 298. | Text from the homepage of S4Y | | | |
| 299. | Bitcoin policy | | | |
| 300. | HP laptop SN: CND63893N3 – original<br>**[Bulk]** | | | |
| 301. | PayPal Rules | | | |
| 302. | test_jabber_all_accs.php.txt | | | |
| 303. | test_notify.php.txt | | | |
| 304. | test_notify.php[217222].txt | | | |
| 305. | **Omitted** | | | |
| 306. | Aquabox jabber contact information from Martisevs computer | US-143777 | | |
| 307. | **Omitted** | | | |
| 308. | Photos showing Bondars at Dyninno event | US-45091-92 | | |
| 309. | **Omitted** | | | |
| 310. | Photo showing outside of Dynnino | US-292039 | | |
| 311. | Photo showing Dynnino reception desk at Dynnino | US-292036 | | |
| 312. | Photo inside Dynnino | US-292032 | | |
| 313. | **Omitted** | | | |
| 314. | **Omitted** | | | |
| 315. | **Omitted** | | | |
| 316. | **Omitted** | | | |
| 317. | **Omitted** | | | |
| 318. | **Omitted** | | | |
| 319. | **Omitted** | | | |
| 320. | **Omitted** | | | |
| 321. | **Omitted** | | | |
| 322. | **Omitted** | | | |
| 323. | **Omitted** | | | |
| 324. | **Omitted** | | | |
| 325. | **Omitted** | | | |
| 326. | **Omitted** | | | |

| GX | Description | Bates | Offer | Admit |
|---|---|---|---|---|
| 327. | **Omitted** | | | |
| 328. | **Omitted** | | | |
| 329. | **Omitted** | | | |
| 330. | **Omitted** | | | |
| 331. | **Omitted** | | | |
| 332. | **Omitted** | | | |
| 333. | **Omitted** | | | |
| 334. | **Omitted** | | | |
| 335. | **Omitted** | | | |
| 336. | **Omitted** | | | |
| 337. | **Omitted** | | | |
| 338. | **Omitted** | | | |
| 339. | **Omitted** | | | |
| 340. | **Omitted** | | | |
| 341. | Russian language Jabber chat from Nov 12, 2014 | US-296108 | | |
| 342. | English translation of above | US-296146-48 | | |
| 343. | Russian language Jabber chat from Oct. 10, 2013 | US-296077-78 | | |
| 344. | Russian language Jabber chat from Oct. 28, 2013 | US-296079 | | |
| 345. | Russian language Jabber chat from Nov. 14, 2013 | US-296080 | | |
| 346. | English translation of three Russian source documents above | US-296113-118 | | |
| 347. | Russian language Jabber chat from Jan. 16, 2014 | US-296087 | | |
| 348. | Russian language Jabber chat from Jan. 23, 2014 | US-296088 | | |
| 349. | Russian language Jabber chat from Feb. 3, 2014 | US-296089-90 | | |
| 350. | Russian language Jabber chat from Feb. 6, 2014 | US-296091-96 | | |
| 351. | English translation of four Russian source documents above | US-296125-296134 (cover page is 296113) | | |
| 352. | Russian language Jabber chat from Feb. 17, 2014 | US-296104-07 | | |
| 353. | English translation of above | US-296141-45 (cover page is 296113) | | |
| 354. | Martisevs Passport from PayPal | US-46784 | | |
| 355. | Limitless How-To Video Version 8.13 | | | |

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By: /s/

Kellen S. Dwyer
Laura Fong
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700; Fax: (703) 299-3980

C. Alden Pelker
Special Assistant United States Attorney