IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16CR228 |
| | ) | |
| RUSLANS BONDARS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RESTITUTION ORDER**

1. Pursuant to 18 U.S.C. § 363A(a)(1), the defendant is ordered to pay restitution in the amount of $8,877,433.00.

2. The victim is Target Corporation, Asset Protection Recovery Team, 100 Nicollet, TPS-2084, Minneapolis, Minnesota 55403.

3. Interest:

   ___✓___ is waived.

   _______ accrues as provided in 18 U.S.C. § 3612(f).

4. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

5. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $_______ per month, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

7. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

8. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

9. No delinquent or default penalties will be imposed except upon Order of the Court.

LOG

Honorable Liam O'Grady
United States District Judge

ENTERED this 27th day of March, 2019
at Alexandria, Virginia

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

/s/

Kellen S. Dwyer
Laura Fong
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
kellen.dwyer@usdoj.gov

C. Alden Pelker
Ryan K. Dickey
Trial Attorneys
Computer Crime and Intellectual Property Section
U.S. Department of Justice, Criminal Division