IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:16CR228** |
| | ) | |
| RUSLANS BONDARS, | ) | Hon. Liam O'Grady |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

On April 4, 2018, a federal grand jury sitting in the Eastern District of Virginia returned an indictment against the defendant charging him with conspiracy, in violation of 18 U.S.C. § 371 (Count One), conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count Two), wire fraud and aiding and abetting, in violation of 18 U.S.C § 1343 and 2 (Count Three), and computer intrusion with intent to damage and aiding and abetting, in violation of 18 U.S.C. §§ 2 and 1030(a)(5)(A) (Count Four). Doc. #94. The indictment contains a forfeiture notice notifying the defendant that if convicted of the offenses charged in the indictment, he shall forfeit the proceeds of his offenses. Doc. #94 at 14-15. On May 16, 2018, following a jury trial, the defendant was found guilty of Counts One, Two, and Four.

Pursuant to Fed. R. Crim. P. 32.2(b), and based on the evidence presented at trial and the affidavit of Federal Bureau of Investigation Special Agent Gerald Kim, the Court finds that 242.7718 Bitcoin and $710,000.00 were obtained by the defendant from the conspiracy to commit wire fraud and the following property constitute proceeds of the conspiracy to commit wire fraud: 229.61758766 Bitcoin held in Bitcoin wallets located on the defendant's Cooler Master computer seized in Riga, Latvia on or about April 26, 2017 and currently in the Government's custody.

Further, the Court finds that due to an act or omission of the defendant, the Government is unable to find all of the property traceable to the offense despite the exercise of due diligence and thus, $30,000 seized from the defendant's residence and in the custody of the Government is subject to forfeiture as a substitute asset.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c) and to18 U.S.C. § 982(a)(2)(B) :

A money judgment in the amount of 242.7718 Bitcoin and $710,000.00, representing the proceeds of the wire fraud conspiracy, to be offset by the forfeiture of the following property:

(a) property directly traceable to the offenses of conviction:

229.61758766 Bitcoin held in Bitcoin wallets located on the defendant's Cooler Master computer seized in Riga, Latvia on or about April 26, 2017 and $73,670.16

(b) substitute asset:

$30,000 seized from the defendant's residence and in the custody of the Government.

2. This forfeiture order shall be included in the sentence of the defendant, and the United States may take steps to collect the money judgment by all available means.

3. Upon the seizure of any property in partial satisfaction of this judgment, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

4. Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of their alleged interest in the property.

5. Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the *final* order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property in accordance with law.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), upon entry of this order, the United States is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and the issuance of subpoenas, pursuant to Federal Rule of Civil Procedure 45, to identify, locate, or dispose of forfeitable property.

Alexandria, Virginia

Date: April 19, 2019

Hon. Liam O'Grady
U.S. District Judge